IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:   ROGER AND LINDA WILSON   #15-33472-SHB
Chapter 13
Filed 11/20/15
Unconfirmed

## NOTICE

Notice is hereby given that a hearing on the Trustee's Motion to Dismiss will be held on January 6, 2016 at 9:00 a.m. at the United States Bankruptcy Court, Courtroom 1C, Howard H. Baker, Jr. Courthouse, 800 Market Street, Knoxville, TN. 37902. If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

## TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING

The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C. §1307 for the following reason:

1)   Debtor(s) filed this case on November 20, 2015.

2)   The Court entered on November 23, 2015, an Order requiring the debtor to file documents by December 4, 2015 documents required by 11 U.S.C. §521 (a) (1) and/or 11 U.S.C. §1321. Specifically, payment advices statement. To date, the missing documents have not been filed with the Court.

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Motion to Dismiss and Notice of Hearing and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this __7__ day of December 2015.

/s/ Gwendolyn M. Kerney by bmb w/perm
GWENDOLYN M. KERNEY, #7280
PO Box 228
Knoxville, TN 37901
(865) 524-4995

ROGER AND LINDA WILSON
PO BOX 223
ANDERSONVILLE, TN 37705

WILLIAM E. MADDOX, JR.
ATTORNEY AT LAW
PO BOX 31287
KNOXVILLE, TN 37930

UNITED STATES TRUSTEE
800 MARKET STREET SUITE 114
KNOXVILLE, TN 37902