IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    ROGER LEE WILSON                                #15-33472-SHB
         LINDA MAE WILSON                                 Chapter 13

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

All matters having been resolved, the Chapter 13 Trustee withdraws her Motion to Dismiss. Specifically,

____ the debtor(s) have paid their case substantially current.

____ the debtor(s) have paid their case off.

____ claims feasibility problems have been resolved.

____ the debtor(s) appeared for a creditors' meeting.

____ the debtor(s) supplied the Trustee with requested tax return(s).

____ a modified plan has been approved resolving motion to dismiss issues.

 XX  Other: Received payment advices statement

### SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Withdrawal and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or first class United States mail postage prepaid on the following individuals as addressed below on December 11, 2015.

/s/ Gwendolyn M. Kerney  w/perm by bmb
Gwendolyn M. Kerney, #7280

ROGER LEE WILSON / LINDA MAE WILSON, DEBTOR(S)    Chapter 13 Trustee
P.O. BOX 223                                      PO Box 228
ANDERSONVILLE, TN  37705                          Knoxville, TN  37901
                                                  (865) 524-4995

WILLIAM E. MADDOX, JR.
ATTORNEY AT LAW
PO BOX 31287
KNOXVILLE, TN  37930-

UNITED STATES TRUSTEE
800 MARKET STREET SUITE 114
KNOXVILLE, TN  37902